Plaintiff's Name **Shane Sleeper**
Prisoner No. **700008**
Institutional Address **425 7th St.**
**San Francisco, CA 94103**

RECEIVED
SEP 14 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Shane Michael Sleeper**
*(Enter your full name)*

v.

**City & County of San Francisco**
**City of San Bruno**
**San Francisco County Jail**
**All Deputized, Medical, & Mental Health Staff (et. al)**
*(Enter the full name(s) of all defendants in this action)*

Case No. _____
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.
*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement **San Francisco County Jail #3, 1 Moreland Dr., San Bruno, CA 94066**

B. Is there a grievance procedure in this institution? ☒ YES  ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure? ☒ YES  ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: **Log Number G01208001 - responded to by REIS #2291 - "I understand the nature of your grievance, but cannot give proper response, because took place at a different facility"**

2. First formal level: **G#220202083, G#220208-37, G#22020836, #G01208001 - Not signed for or dated by officers response "Placed in safety cell for stating I was suicidal, while in sobering cell, no excessive force was used, food and water was served through food port, you were offered a shower/DT3 due to feces being on your"**

3. Second formal level: "Person to watch you complied" Lt. Hunter #1218 response, no date provided

4. Third formal level: "You were reportedly compliant with showing, I will forward to custody chief for review." Signed by Capt. Calmorero #1059

E. Is the last level to which you appealed the highest level of appeal available to you? "deemed appropriate"
☒ YES    ☐ NO (Some but not all)

F. If you did not present your claim for review through the grievance procedure, explain why.
Most of the time (more than 80%) grievances were not available to file, nor are staff educated on the grievance procedure, nor are they responded to in timely fashion)

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).
All past and present detainees from July 27th 2022, foreward, with 50% of settlement to be distributed among those who have been illegally strip searched, remainder going to complaintant (s)(D), once agreed upon; Mitigation.

B. For each defendant, provide full name, official position and place of employment.
All deputized, medical, and mental health staff on record from July 27th, 2022 working at San Francisco County Jail #1, #2, & #3.
Address 1 - 425 7th St., San Francisco, CA 94103
Address 2 - 1 Moreland Dr San Bruno, CA 94066

## III. Statement of Claim. (see additional pages for known record)

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1. On 7-27-22 upon arrest excessive force was used resulting in visible injury at #CJ1

2. On 7-27-22 I was mandated to shower nude in front of two officers at #CJ1.

3. On 7-27-22 I was served food by an asian female through a chokehole that appeared to have vomit on it, & aquiring bumps on lips never had before at #CJ1

4) Beginning 7-27-22 I was denied my medically prescribed marijuana by medical staff at San Francisco County Jail

5) On 7-27-22 I was strip searched by deputized staff at SF County Jail - CJ1, even though an xray scanner was available for use.

6) Beginning on 7-27-22 and ongoing I am being served food that is not prepared nor served by those with a food handlers permit

7) Beginning on 7-27-22 and on going I have been placed in a cell 24 hours per day, resulting in unnecessary mental turmoil, on top of already being denied prescribed medication.

*See Statement of Claim Continued*

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

$200,000,000, the extinction of strip search practices (Two Hundred Million Dollars), hot water in every cell, accepted use of prescribed medical marijuana, minimum of one hour psychology appointment per week for each inmate requesting treatment, all persons serving & preparing food to aquire food handlers permit, termination of every abusive employee, training (see additional pages)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 09/09/2022

## Parties Continued

Plaintiffs: Shane Michael Sleeper

I am the primary complaintant, but am filing this to end abusive practice of all detainees presently in custody and beginning on July 27th, 2022. The jail will need to provide records once settlement is agreed upon for practice of strip searches taking place, outside of other abuses listed of self, and others.

Defendants:

Similarly, records will need to be obtained of all staff as inmates are typically only provided last names, except for in certain circumstances, outside of names listed in complaint for specific actions, more to be provided through discovery.

Nick Geregatos
Deputy Yin #2433
Deputy Ravis
Deputy Garcia
Deputy Wilshir
Medical Nurse #2456
Brooke Jenson
Chris Gutirrez
Captain S. Colmenero #1059
Taylor #2102
Deputy Marcardo
Mental Health Ian

Danielle Alkov MD
Tyler E Mains MD
Deputy Pagsolinga
Lt. Hunter #1218
Deput #2057
Sgt Hays

Sherr ?? vs. City & County of San Francisco
#700008          City of San Bruno, SF County Jail,
                 et. al.

## Statement of Claim Continued                pg 1

8) Beginning on 7-27-22 and on-going I have observed mold growing in available use of shower stalls at CJ1, CJ2, and CJ3.

9) Beginning on 7-27-22 and on going I have received less than 1 (one) hour of phone time per day by sworn staff.

10) Beginning on 7-27-22 and on going the City of San Francisco, San Bruno, and San Francisco County Jail have denied providing adequate mental health treatment resulting in unnecessary mental tormoil

11) On 7-29-22 I was denied court by Brown Shirt (Bailiff) Ravis due to inability to wear a mask from medical disability, he then falsely documented I refused court when on F-pod at CJ #2, resulting in extended incarceration, even though I wished to attend.

12) Following seeing psychiatric professional and on going I have been denied my medically prescribed marijuana, resulting exhasperation of past trauma, nightmares, and crying spells. from anxiety and p.t.s.d.

Shane Sapp vs. City & County of San Francisco
#700008      City of San Bruno, SF County Jail et al.

## Statement of Claim Continued    pg 2

13) On 7-30-22 when on the phone with attorney on F-pod at CJ#2 I observed an inmate on the ground, cuffed, and several officers on top of him with one repeatedly punching him in the face, even though fully detained resulting in a panic attack from reminder of past abuse. Video surveillance should be available.

14) On 8-12-22 I was placed in a cell without working hot water providing for unsanitary living conditions

15) On 8-12-22 I was placed in a cell with toilet available for use in clear view of officers with no means for privacy, resulting in retraumatization of past abuse

16) Since incarceration began and ongoing medical staff is not present on weekends resulting in extention of medical needs and problems, for myself a growing eye infection.

17) Medical staff are not properly administering suboxone creating unstable behavior of inmates putting myself and others in danger, while also supporting drug trafficking.

18) From 7-27-22 through 8-18-22 I was denied basic pain management on a number of occassion.

Shared Sleeping — City + County of San Francisco
#700008      vs.   City of San Bruno, SF County Jail
                    et. al.

## Statement of Claim Continued                pg 3

19) On 8-21-22 + regular previous occassion Deputy Yin came out of the bathroom zipping his fly to then put on gloves and contaminate them and serve our food.

20) On 8-24-22 Dep. Marcardo (black shirt, two stripes) placed two inmates designated to be housed alone in the same cell on tier 3B at CJ3. He left the asian inmate in cuffs, and placed him in a cell with a white male who had repeatedly put feces on the wall, with feces present on the wall at the time of putting them in same cell.

21) On 8-24-22 at CJ3 appr. 6:30pm I was served a restraining order on the tier by an asian male (not working the tier) in front of other inmates resulting in sexual harassment from Romero two cells down stating he was going to rape my mouth.

22) On 8-27-22 Deputy Pagsolinga searched cell and took items purchased on commissary, soap and lipstick, taking part in theft, and providing no report of confinscated items. to myself. This took place while I showered.

23) On 9-1-22 I was taken to medical by an E.S.U. but was refused service due to disability. He then falsely documented that I was the one that refused, thus prolonging eye infection.

Shane Michael Shryne vs. City of San Francisco, City of San Bruno, SF County Jail et. al.
#700008

## Statement of Claim Continued       pg 4

24) I have been denied proper laundry service on a number of occassions providing for unsanitary living conditions, spreading of germs, and infections, to wear the same pants as long as three weeks without exchange offered.

25) I have been provided a razor no more than 3 times since incarceration began even though funding is provided, and are told they be available Mondays, Wednesdays, and Fridays.

26) On 9-6-22 Blackshirt Garcia and Brownshirt Wilscher attempted to make me wear a mask despite informing them of medical disability.

27) Medical and Mental Health staff have provided care on the tiers in front of other inmates on multiple occassion provide no privacy, and sharing information publicly.

28) Deputized staff have taken part in discriminatory use of mask policy on countless occassion, wearing them when they wish to, and providing no alternative to those with actual disability except for 24 hours in cell.

I declare under penalty of perjury that the foregoing is true & correct.
Executed on 9-9-2022       Shane Michael Shryne

Shane Michael Sheeper
City & County of San Francisco
#700008    vs-   City of San Bruno
San Francisco County Jail, et al

Relief Continued

(-training-) on adherance to HIPPA, providing medical privacy during care of all inmates;

No less than one hour phone time per day,

No less than one hour out of cell per day,

Ability to use bathroom in private,

Cameras installed on all tiers

Outside agency to clean shared shower stalls and bathrooms regularly.

Fresh clothes and linen exchange regularly

Medical, pharmacy, and mental health care available weekends

End of all discriminatory practices,

Common decency by all sworn staff.

09-09-2022        Shane Michael Sheeper