Shane Michael Sleeper
#700008
Moreland Dr.
San Bruno, CA 94066

Clerk, U.S. District Court for the
Northern District of California
450 - Golden Gate Avenue Box 36060
San Francisco, CA 94102

SAN FRANCISCO CA 940
13 SEP 2022 PM 5 L

94102-346999

RECEIVED
SEP 14 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

#JudicialReformer.Blogspot.com