FILED
JAN 26 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

January 24th 2023

Dear Honorable Richard Seeborg,

    I received your orders for case no. 22-CV-05307-RS (PR). I will do the best based off of my education and physical means, though still have concerns to be able to file this properly and am asking for an attorney to be appointed, as I will never have the physical means to be able to while in custody as the simplest of needs to be granted law library is still being denied. With all due respect to yourself as a Judge, I am personally experiencing the system to be a show for those selected to receive justice, as my money is always able to be taken with previous filed cases going nowhere. I do not say this to disrespect you at all, I simply do not understand due process or the system appears to be a show for the masses, displayed by main-stream media that I only be privy to abuse and exploitation. That aside it is my wish to abide by the order for balanced justice.

    It is my opinion that the claims are related, because they all took place during the same period of incarceration with one act leading to another during that period, thus making them connected, though they happened on different days, but again I will do my best to abide in hopes I am not wasting $350, that is not a small sum to one never living above poverty as an adult.

I was filing what I was on behalf of all of those detained, because I am/have not been the only one effected, but this may have been a mistake due to me obviously not being an attorney, that has the right to file such claim. I am not intentionally meaning to be frivolous or waste the courts time. In my new complaint (amended) I will focus on the most impactful events taking place within the same period, that I have exact knowledge of those that committed the acts.

The defendants list will still be long due to all deputies refusing time out of cell and discriminatory use of mask policy that led to the turmoil it did, and still does as my hardship is still continuing, this again makes it connected in my opinion/personal belief to understand how the actions effect the human mind with the unfortunate experiences mine has had.

I have seen many settlements online for unlawful body searches already, but have only experienced personally that I can only be taken from. I have never wished to live my life by way of lawsuit, but have not experienced equal justice, or been able to acquire the knowledge to pursue/understand the system. I have sought the assistance of those with degrees for previous cases and they still have gone nowhere. With the mental health challenges I have of not only PTSD, but also borderline personality, it can hinder

train of thought to align with the majority of understandings and ways, making this process even more difficult. Borderline stems from sexual abuse; I've also had $100,000 in medical expenses if not more caused by others and never once been named a victim. I am not writing for a sob story, only pursuing equal understanding.

I am also not one that wishes for gluttony, but am attempting a role to pursue greater good for many versus what is perceived to the public by the greater media if that can make sense at all. In short I want to understand and find my place, free of abuse and incarceration. My attorney for my criminal matters is Brian Berson (415) 987-4541. While the criminal matter is unrelated and in a different court, my brain still finds them related, because you can't have one without the other, as this all originated from myself reacting to refused wages and a 35 minute chokehold of myself that took place.

A separate lawsuit for that matter was filed and paid in full, but also likely to go nowhere due to means to pursue, education and understanding, but I still try though don't ever feel heard unless I do something wrong or can be taken from again. Despite having a criminal record I have a background in ministry, while I also still identify as a gay male, that is misunderstood in the perplexity of systematic scheme that I can only pray you

be on the side for greater and equal justice, which is why I include my attorny's information, even though he suggest I not file; he is only my counsel for criminal matters, but could possibly assist with communications and understanding since legal library is being denied and failing to provide to pursue what would be sufficient means to pursue wrongs.

I further do not write to bore you with a long letter, I simply have yet to experience that "we're all in this together" and my concerns for our countrys future are also very real outside of how actions effect me personally, that appear to be welcomed by those that "swore to protect and serve", what I feel has become what could be identified as a puppet state, while suicide attemps are mocked and laughed at, along with some jail staff here taking part in drug trafficking that has been observed.

I have always been a person that tries and began to share abuses publicly, that had occurred at other institutions including a broken arm, a cop strangling me with a seatbelt while fully restrained and another cutting my clothes off of me to then put me unconcious. My site documenting acts and abuse can be found at www.JudicialReformer.blogspot.com. I've written to the CIA, FBI, and Department of Justice, because ignoring such crimes could only put future lives at risk, though I'm not sure that is not the idea anymore.

We are told if you are not part of the solution, you are part of the problem. I do not claim perfection to present matters at hand, only that I am in full understanding that present ways from all sides are not sustainable unless we are to welcome a police state that has already shown its' face plenty during covid and before. You being a judge, I assume you are my senior and my concerns are very real for more than just myself, though I do not know how much more I can bare without some concern from justice to myself as well. I am doing my best and will continue to with the amended claim I present; hoping this letter helps my own understanding to be understood so I not be wasting money I don't have to waste. I understand life not being fair, but will never understand it being so unfair with such blatant abuse ignored. It can only hinder the mind to be told "we're all in this together" if equal pursuit is not there beyond masks for what still plagues our countrys' future.

Sincerely,

Shane Sleeper

www.JudicialReformer.blogspot.com
1 Moreland Dr. 313-2 San Bruno, CA 94066
Attorney: Brian Berson (415) 987-4541
Brian@Bersonlaw.net