Shane Sleeper #722008
1 Moreland Dr. 3B-2
San Bruno, CA 94066

FIRST-CLASS MAIL
$000.57
01/11/2023 ZIP 94103
042L14839255

United States District Court
Northern District of California
Attn: Honorable Mr. Richard Seeborg
450 Golden Gate Ave
San Francisco, CA 94102



RECEIVED
JAN 26 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA