UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MICHAEL SLEEPER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 22-cv-05307-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not filed an amended complaint by the deadline.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Court's order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page, <u>and</u> (ii) contain an amended complaint that complies in all respects with the order dismissing the complaint with leave to amend.  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  August  3  , 2023

_____
RICHARD SEEBORG
Chief United States District Judge