UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE MICHAEL SLEEPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-05307-RS (PR)<br><br>**JUDGMENT** |

　　This federal civil rights action having been dismissed without prejudice, judgment is entered in favor of defendants.

　　**IT IS SO ORDERED.**

**Dated:**  August  3 , 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge